**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KENNETH D. MURENA, in his capacity as court-appointed receiver of Drive Planning, LLC<br><br>Plaintiff,<br><br>v.<br><br>JON CLEMENT, and TRIGGER TIME GUN AND PAWN, LLC,<br><br>Defendants. | Civil Action No.: 26-cv-01084-VMC<br><br>Joint Motion for Referral to Mediation |

**JOINT MOTION FOR REFERRAL TO MEDIATION**

The parties have conferred regarding the potential for settlement and wish to mediate this matter through the Court's Alternative Dispute Resolution (ADR) program, per Local Rule 16.7(D)(1).

Further, the parties respectfully request that this Court, under 28 U.S.C. § 636, or any other applicable authority, appoint a United States magistrate judge of the Northern District of Georgia, Atlanta Division, to preside over mediation of the above-styled action. The parties, believe this will be beneficial both for the cost to the parties and for the insight of the Court-appointed neutral into the claims at issue in the above-styled action.

The parties ask that the Court issue an order to mediate this matter within thirty (30) days of the attached proposed order.

Respectfully submitted this 18th day of August, 2026 by:

DAMIAN VALORI CULMO

/s/ Russell Landy
RUSSELL LANDY
*Pro Hac Vice*
ADRIANA PAVON
*Pro Hac Vice*
1000 Brickell Avenue
Suite 1020
Miami, FL 33131
305-371-3960
Email: rlandy@dvllp.com
*Attorneys for Plaintiff*

FLINT, CONNOLLY & WALKER, LLP

/s/ Xavier T. Romero
JOHN F. CONNOLLY
Georgia Bar No.: 182202
XAVIER T. ROMERO
Georgia Bar No.: 303588
*Attorneys for Defendants*
131 E. Main Street
Canton, Georgia
jconnolly@fcwlawfirm.com
xromero@fcwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing *Joint Motion for Referral to Mediation* to be filed and automatically served on all counsel of record through the Court's CM/ECF system as follows:

LAW OFFICES OF HENRY F. SEWELL, JR. LLC
Henry F. Sewell, Jr.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
hsewell@sewellfirm.com

DAMIAN VALORI CULMO, LLP
Russell Landy
Adriana Pavon
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
rlandy@dvllp.com
apavon@dvcattorneys.com

This 18th day of August, 2026,

FLINT, CONNOLLY & WALKER, LLP

JOHN F. CONNOLLY
Georgia Bar No.: 182202
XAVIER T. ROMERO
Georgia Bar No.: 303588
*Attorneys for Defendants*

131 E. Main Street
Canton, Georgia
jconnolly@fcwlawfirm.com
xromero@fcwlawfirm.com