**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KENNETH D. MURENA, in his capacity as court-appointed receiver of Drive Planning, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JON CLEMENT, and TRIGGER TIME GUN AND PAWN, LLCs,<br><br>Defendant. | Civil Action No.<br>1:26-cv-01084-VMC |

**ORDER**

Before the Court is the Parties' Joint Motion for Referral to Mediation ("Motion," Doc. 20). The Motion is **GRANTED**. It is **ORDERED** that this case is referred to the Chief Magistrate Judge Justin S. Anand for assignment to the next available Magistrate Judge to conduct a settlement conference. See LR 16.7(B)(1), NDGa.

All deadlines are stayed pending the outcome of the mediation. If the mediation is unsuccessful, the Parties are **DIRECTED** to submit a status report

with a proposed amended scheduling order within 7 days of the date of docketing of the minutes of the final settlement conference.

**SO ORDERED** this 19th day of August, 2026.

Victoria Marie Calvert
United States District Judge