**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KENNETH D. MURENA, *in his capacity as court-appointed receiver of* DRIVE PLANNING, LLC, | :: | |
| Plaintiff, | :: | |
| | :: | CIVIL CASE NO. |
| v. | :: | 1:26-cv-01084-VMC |
| | :: | |
| JON CLEMENT, *et al.*, | :: | |
| Defendants, | :: | |
| | :: | |

## ORDER

This case has been referred to the undersigned for purposes of conducting a settlement conference. Accordingly, it is **ORDERED** that the parties and their counsel participate in a settlement conference by telephone on **TUESDAY, OCTOBER 27, 2026, at 10:00 a.m**.

Before the settlement conference, the parties are to negotiate and make a good faith effort to settle the case without the involvement of the Court. **Between now and October 22, 2026, the parties shall exchange specific proposals and counter proposals by email or by phone.** If settlement is not achieved before the settlement conference, the parties shall be prepared to engage in further negotiation at the conference.

Each party shall provide the undersigned a confidential *ex parte* memorandum **no later than 2:00 p.m. on THURSDAY, OCTOBER 22, 2026.** Notice of submission to the Court shall be given to opposing counsel, without divulging the contents of the submission. The memorandum shall not be filed with the Clerk of Court. A party's submission shall contain the following information: a concise, factual, non-argumentative recitation of the evidence you expect to produce at trial, together with the theory of recovery or defense; an analysis of the strengths and weaknesses of the case, including liability and potential damages; authority to support your evaluation of the case, including citation of the most analogous case or cases in support of your position; an outline of the settlement negotiations to date; and the impediments, if any, that inhibit settlement of the case. In the memorandum, a party need not reproduce or attach any pleading or document publicly filed with the Clerk. The memorandum is not to exceed ten (10) typed pages, double spaced. A party may submit the memorandum within the time provided in this Order by e-mail directly to the undersigned at Russell_G_Vineyard@gand.uscourts.gov.

At the settlement conference, counsel for each party will be afforded the opportunity to make a brief presentation (5-10 minutes) outlining the factual and legal issues in the case in the presence of the opposing party. The Court will then

hold separate confidential conferences with each party and the party's counsel to explore potential settlement of the case.

Each party must have participating at the settlement conference a representative with authority to negotiate, approve, and enter into a binding agreement. An insured party shall appear by a representative of the insurer who is authorized to discuss and make recommendations relating to settlement. An uninsured government party shall appear by a representative authorized to discuss and make recommendations relating to settlement. The Court expects to be advised in advance of the settlement conference if the participation of any required person is not possible.

The purpose of the conference is to facilitate settlement of this case, if that is possible. To that end, it will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. All matters communicated to the undersigned in confidence will be kept confidential and will not be disclosed to any other party or to the trial judge.

Let a copy of this Order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 31st day of August, 2026.

Russell G. Vineyard

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE